THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAXSON MURILLO,<br><br>Defendant. | MEMORANDUM DECISION AND ORDER DENYING DEFENDANT'S MOTION TO SET ASIDE CONVICTION<br><br>Case No. 4:19-cr-112-DN<br><br>District Judge David Nuffer |

Defendant filed a motion to set aside his conviction ("Motion") under 18 U.S.C. § 922(g)(1) based on his Second Amendment right to bear arms.[1] The Government filed its response on September 24, 2025.[2]

Defendant's Motion is untimely. Citing *N.Y. State Rifle & Pistol Ass'n, Inc. v. Bruen*, 597 U.S. 1 (2022), Mr. Murillo asks the Court to set aside his conviction under § 922(g)(1) based on his Second Amendment right to bear arms.[3] But 28 U.S.C. § 2255 governs collateral challenges to convictions.[4] And a § 2255 motion must be filed within a year of final judgment.[5] Mr. Murillo has not identified any exceptions, nor is any exception applicable.[6] Thus, liberally construing Mr. Murillo's motion as a § 2255 motion, it is untimely.

---

[1] Letter from Defendant Jaxson Murillo, docket no. 53, filed September 16, 2025.

[2] Docket no. 53.

[3] *Id.*

[4] 28 U.S.C. § 2255(f).

[5] *Id.*

[6] *See id.*; *see also* Docket no. 53.

IT IS HEREBY ORDERED that Defendant's Motion[7] is DENIED.

Signed October 6, 2025.

BY THE COURT

_____
David Nuffer
United States District Judge

---

[7] Docket no. 53.