THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAXSON MURILLO,<br><br>Defendant. | MEMORANDUM DECISION AND ORDER DENYING DEFENDANT'S MOTION TO SET ASIDE CONVICTION<br><br>Case No. 4:19-cr-112-DN<br><br>District Judge David Nuffer |

Defendant Jaxson Murrillo ("Mr. Murrillo") filed a Motion for Reward of Federal Time Credit/Case Review Under 3582-C-1-A ("Motion") stating that he was not "given all federal time credit in my unlawful 922-G-1 Conviction."[1] The Motion was taken under advisement on December 15, 2025.[2]

Mr. Murrillo's Motion is untimely. Similar to his previous motion, filed in September, requesting the same relief,[3] Mr. Murrillo cites *N.Y. State Rifle & Pistol Ass'n, Inc. v. Bruen*, 597 U.S. 1 (2022).[4] Mr. Murillo once again argues that under *Bruen* his § 922(g)(1) conviction should be set aside based on his Second Amendment right to bear arms.[5] But 28 U.S.C. § 2255 governs collateral challenges to convictions.[6] And a § 2255 motion must be filed within a year of

---

[1] Motion for Reward of Federal Time Credit/Case Review Under 3582-C-1-A, docket no. 55, filed December 8, 2025.

[2] Docket Text Order 56.

[3] *See* Docket no. 51.

[4] Motion at 2; *see generally New York State Rifle & Pistol Ass'n, Inc. v. Bruen,* 597 U.S. 1 (2022).

[5] *Id.*

[6] 28 U.S.C. § 2255(f).

final judgment.[7] Mr. Murillo has not identified any exceptions, nor is any exception applicable.[8] Thus, liberally construing Mr. Murillo's motion as a § 2255 motion, it is untimely.

IT IS HEREBY ORDERED that Defendant's Motion[9] is DENIED.

Signed January 7, 2026.

BY THE COURT

David Nuffer
United States District Judge

---

[7] *Id.*

[8] *See id.*; *see also* Docket no. 55.

[9] Docket no. 55.